UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel A. Kalm,                                   Civil 05-1165 JNE/FLN

      Petitioner,

v.                                               O R D E R

Joan Fabian, Commissioner of
Corrections, and Robert Fenis,
Warden MCF-Ruch City,

      Respondents.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 3, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [#1] is DENIED, and this action is DISMISSED WITH PREJUDICE.


DATED: __March 2, 2006.           s/ Joan N. Ericksen_____
at Minneapolis, Minnesota         JUDGE JOAN N. ERICKSEN
                                                   United States District Court